UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MULTIMATIC, INC.,                           No. 05-60120

        Plaintiff,                       District Judge John Corbett O'Meara

v.                                          Magistrate Judge R. Steven Whalen

FAURECIA INTERIOR SYSTEMS
USA, INC.,

        Defendant.
_____/

**ORDER**

Before the Court are third-party DaimlerChrysler's Motion to Quash Subpoena [Docket #63] and Defendant Faurecia's Motion to Compel Deposition [Docket #64]. For the reasons and under the terms stated on the record on September 19, 2006, DaimlerChrysler's Motion to Quash [Docket #63] is GRANTED IN PART AND DENIED IN PART and Defendant's Motion to Compel [Docket #64] is DENIED IN PART AND GRANTED IN PART. DaimlerChrysler will comply with Defendant's Rule 30(b)(6) subpoena only to the extent that its witness will testify as to the following topic, specified as topic no. 3:

> "DCX VPM Program supplier conditions to access and use of the VPM system, including but not limited to any Technical Computer Center Agreement ('TCC Agreement') or other agreement or application for use by Multimatic, Inc., specifically concerning confidentiality of data on the VPM systems and ownership of designs within VPM."

In all other regards (i.e., as to topics 1, 2 and 4) Defendant's subpoena to

-1-

DaimlerChrysler shall be quashed.

    SO ORDERED.

                                  S/R. Steven Whalen
                                  R. STEVEN WHALEN
                                  UNITED STATES MAGISTRATE JUDGE

Dated: September 20, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 20, 2006.

                                  S/Gina Wilson
                                  Judicial Assistant