UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MULTIMATIC, INC.,
a Canadian corporation,

        Plaintiff/Counter-Defendant,        Case No. 05-60120

v.                                      Hon. John Corbett O'Meara

FAURECIA INTERIOR SYSTEMS
USA, INC., a Delaware corporation,

        Defendant/Counter-Plaintiff.

_____/

**ORDER DENYING FAURECIA'S OBJECTIONS
TO THE MAGISTRATE'S DECISION ON FAURECIA'S
SECOND MOTION TO COMPEL DISCOVERY**

Before the court are Defendant Faurecia's objections to the magistrate's order denying in part and granting in part its motion to compel, filed February 5, 2007. Plaintiff submitted a response on February 22, 2007, and Defendant filed a reply brief March 1, 2007.

Defendant seeks historical profit and loss data from Plaintiff regarding cross-beams other than the one at issue in this suit. Magistrate Judge Whalen denied Defendant's request because it is overbroad, the data requested was not relied upon by Plaintiff's experts, and the request was previously withdrawn by stipulation.

Pursuant to LR 72(a), the court may modify or set aside "any portion of the magistrate judge's order found to be clearly erroneous or contrary to law." Having reviewed Defendant's objections and the parties' submissions, the court does not find the magistrate's decision to be clearly erroneous or contrary to law.

Accordingly, IT IS HEREBY ORDERED that Defendant's February 5, 2007 objections

to the magistrate's decision are DENIED.


sJohn Corbett O'Meara
United States District Judge


Dated: March 30, 2007



I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 31, 2007, by electronic and/or ordinary mail.


s/William Barkholz
Case Manager