UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MULTIMATIC, INC.**,
a Canadian Corporation,

  Plaintiff,

v.              Case No.: 05-60120

**FAURECIA INTERIOR SYSTEMS**  Honorable John Corbett O'Meara
**USA, INC.**, a Delaware Corporation,

                Magistrate Judge R. Steven Whalen

  Defendant.

---

**ORDER GRANTING FAURECIA'S *EX PARTE* MOTION
FOR IMMEDIATE STAY OF PROCEEDINGS
TO ENFORCE JUDGMENT PENDING APPEAL**

  Before the Court is Defendant Faurecia's *Ex Parte* Motion for Immediate Stay of Proceedings to Enforce Judgment Pending Appeal ("Motion for Stay"). The Court has reviewed Faurecia's Motion for Stay and rules as follows:

  IT IS HEREBY ORDERED that Faurecia's Motion for Stay is GRANTED. On or before March 17, 2008, Faurecia shall post with the Court its supersedeas bond in the amount of 125% of the October 4, 2007 Judgment. The stay shall continue in place until further order of the Court.

  IT IS FURTHER ORDERED that following Faurecia's posting of the bond, Multimatic shall have ten days to file its objections, if any, to the form or amount of Faurecia's bond. Faurecia shall then have five days to file a response to Multimatic's objections, if any.


Date: March 6, 2008          s/John Corbett O'Meara
                United States District Judge

1